UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY A. DiLEONARDO, II,

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

Case No. C08-5470FDB

ORDER DENYING STIPULATED MOTION REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION

Ordinarily, a case is not referred to a Magistrate Judge for the purpose of conducting mediation ordered in the Scheduling Order. A report on 39.1 mediation is scheduled for August 26, 2009, according to the Scheduling Order in this case [Dkt. # 9]. In support of their stipulated motion, the parties state that they "believe that a final settlement will most likely be reached if a magistrate judge of this Court serves as mediator," without any other rationale for that conclusion.

ACCORDINGLY, IT IS ORDERED: Stipulated Motion Referring Case To Magistrate Judge for Mediation [Dkt. # 16] is DENIED.

DATED this 26th day of July, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1