**08-CR-05470-ORD**

HONORABLE FRANKLIN D. BURGESS

FILED
RECEIVED
LODGED
SEP 11 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

3
4
5
6
7

8 | IN THE UNITED STATES DISTRICT COURT
9 | FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10 | GREGORY A. DiLEONARDO II,
An Individual,

11 |                NO. C08-05470 FDB

12 |         Plaintiff,
               STIPULATED MOTION AND ORDER

13 |        vs.
               TO DISMISS CASE   CR41(b)

14 | TARGET CORPORATION,
               NOTE ON MOTION CALENDAR
               SEPTEMBER 11, 2009

15 |         Defendant.

16      Plaintiff, Gregory DiLeonardo II, and Defendant Target Corporation, by and through

17 their attorneys of record, stipulate as follows:

18      1.     The parties completed the mediation process and the case was resolved.

19

20      2.     The parties agree that the case should be dismissed with prejudice and with each

21 party paying their own costs and attorney's fees.

22      RESPECTFULLY SUBMITTED this 10th day of September, 2009

23

24 RICHMOND LAW GROUP, PLLC     JACKSON LEWIS LLP

25 By: s/ Michael A. Griffin            By:     s/ James P. Richmond

26      Michael A. Griffin, WSBA #29103       James P. Richmond, WSBA #15865

RICHMOND LAW GROUP, PLLC
525 COLUMBIA NW, SUITE 202
OLYMPIA, WA 98501
TELEPHONE:  (360) 754-1581

1

Sarah R. Capelli, WSBA #35930          Richmond Law Group, PLLC
600 University Street, Suite 2900       525 Columbia Street NW, Ste. 202

2

Seattle, WA 98101                       Olympia, WA 98501
Telephone: 206-405-0404                 Telephone: 360-754-1581

3

E-Mail: griffinm@jacksonlewis.com       E-Mail: jim@richmondlawgroup.com

4

       capellis@jacksonlewis.com

5

6

## ORDER

7

Based upon the foregoing stipulation of the parties, it is hereby:

8

ORDERED that this matter be dismissed with prejudice and with each party paying their

9

10

own costs and attorney's fees.

11

Dated this 11th day of September, 2009.

12

13

14

       The Honorable Franklin D. Burgess

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER
TO DISMISS CASE  CR 41(b) - 2

RICHMOND LAW GROUP, PLLC
525 COLUMBIA NW, SUITE 202
OLYMPIA, WA 98501
TELEPHONE: (360) 754-1581

CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court use in the CM/ECF system which will send such notified of filing to the following:

>       Michael Griffin
>       Sarah R. Capelli
>       Jackson/Lewis
>       One Union Square
>       600 University Street, Suite 2900
>       Seattle, WA 98101
>       Griffinm@jacksonlewis.com
>       capellis@jacksonlewis.com

Dated this 10th day of September, 2009.

                                        /s/ Jody Pendergast
                                        _____
                                        Jo Anne (Jody) Pendergast

STIPULATED MOTION AND ORDER
TO DISMISS CASE  CR 41(b) - 3

RICHMOND LAW GROUP, PLLC
525 COLUMBIA NW, SUITE 202
OLYMPIA, WA 98501
TELEPHONE:  (360) 754-1581